JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HAVEN EDRALIN,<br><br>　　Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.; TRANS STATES AIRLINES, INC.; and DOES 1 to 100, inclusive<br><br>　　Defendants. | Case 2:19-cv-06976-CJC-SK<br><br>**ORDER RE STIPULATION TO REMAND ACTION TO STATE COURT IN EXCHANGE FOR AGREEMENT TO CAP DAMAGES** |

**IT IS HEREBY ORDERED** that, pursuant to the stipulation of the parties, and finding good cause therein, this matter will be remanded to state court for all further proceedings.

Dated: August 21, 2019

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

---
ORDER TO REMAND ACTION TO STATE COURT

156.1165